## Information to identify the case:

| Debtor 1 | **Willie Simmons Jr** | | Social Security number or ITIN    xxx–xx–0449 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | EIN    __–_____ |
| Debtor 2 (Spouse, if filing) | **Monique Simmons** | | Social Security number or ITIN    xxx–xx–4935 |
| | First Name    Middle Name    Last Name | | EIN    __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–33794–ABA

# Order of Discharge

12/15

IT IS ORDERED: A discharge under 11 U.S.C. § 727 is granted to:

Willie Simmons Jr                    Monique Simmons


3/2/18                    By the court:  Andrew B. Altenburg Jr.
                                United States Bankruptcy Judge


### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-33794-ABA
Willie Simmons, Jr                                             Chapter 7
Monique Simmons
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Mar 02, 2018
                           Form ID: 318        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db/jdb      +Willie Simmons, Jr,   Monique Simmons,   391 S Genista Avenue,   Galloway, NJ 08205-6715
517195273   +Josef and Alissa Pearson,   830 N Virginia Avenue,   Atlantic City, NJ 08401-8145
517195274   +KML Law Group, PC,   216 Haddon Ave ,  Suite 406,   WEstmont, NJ 08108-2812
517195275   +NJ Family Support Center,   P.O. Box 4880,   Trenton, NJ 08650-4880
517198436   +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517296497    Razor Capital, LLC,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,   Rochester, MI 48308-0730
517195276   +Shanda Goff,   C/O NJ Family Support,   P.O. Box 4880,   Trenton, NJ 08650-4880
517195277   +State Of New Jersey,   P.O. Box 222,   Trenton, NJ 08646-0222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2018 23:34:17    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2018 23:34:12    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517195268   +EDI: BANKAMER.COM Mar 03 2018 03:58:00    Bank of America Home Loans,   P.O. Box 31785,
             Tampa, FL 33631-3785
517195269   +EDI: PHINGENESIS Mar 03 2018 03:58:00    Bankcard Services,   P O Box 4477,
             Beaverton, OR 97076-4401
517195270    EDI: CAPITALONE.COM Mar 03 2018 03:58:00    Capital One,   P.O. Box 30285,
             Salt Lake City, UT 84130-0285
517195271   +E-mail/Text: DANA@EARTHTECH.BIZ Mar 02 2018 23:35:34    Earthtech Contracting,
             2101 Dennisville Petersburg Rd,   Woodbine, NJ 08270-2435
517195272    EDI: IRS.COM Mar 03 2018 03:58:00    Internal Revenue Service,   955 S. Springfield Ave.,
             Springfield, NJ 07081
517195278   +E-mail/Text: asobczyk@transportfunding.com Mar 02 2018 23:34:09    Transport Funding,
             8717 W 110th Street, Suite 700,   Overland Park, KS 66210-2127
517195279   +EDI: WFFC.COM Mar 03 2018 03:58:00    Wells Fargo Dealer Services,
             ATTN: Correspondence - MAC T9017-026,   P.O. Box 168048,   Irving, TX 75016-8048
                                                                                        TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                 Signature:  /s/Joseph Speetjens

_____


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on Mar 2, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR
              THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
              CERTIFICATES dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
              jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR
              THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
              CERTIFICATES rsolarz@kmllawgroup.com
              Thomas E. Dowey    on behalf of Joint Debtor Monique  Simmons tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Debtor Willie  Simmons, Jr tdesquire@hotmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 6